AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## MIDDLE DISTRICT of PENNSYLVANIA

| | | |
|---|---|---|
| STEPHEN MARK BARROWS, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 3:17-CV-1383 |
| NANCY A. BERRYHILL, | ) | (Chief Judge Conner) |
| *Defendant* | ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

X other: JUDGMENT be and is hereby ENTERED in favor of defendant NANCY A. BERRYHILL ("the Commissioner") and against plaintiff STEPHEN MARK BARROWS, as follows: The Commissioner's decision denying Barrows' application for a period of disability and disability insurance benefits is AFFIRMED, in accordance with the court's order (Doc. 24), dated July 23, 2018.

This action was *(check one)*:

☐ tried by a jury with Judge or Magistrate Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge or Magistrate Judge _____ without a jury and the above decision

X decided by Judge or Magistrate Judge   Chief Judge Christopher C. Conner

COMPLAINT FOR REVIEW OF HHS DECISION (SSID)

Date:   Jul 23, 2018              *CLERK OF COURT*   PETER WELSH, Acting Clerk of Court

K. McKinney

*Signature of Clerk or Deputy Clerk*